STATE OF CONNECTICUT *v.* JUDY COOLEY

The state's petition for certification for appeal from the Appellate Court, 3 Conn. App. 410, is denied.

*John H. Malone,* assistant state's attorney, in support of the petition.

*Joette Katz,* public defender, and *Laura A. Cahill,* special public defender, in opposition.

Decided May 3, 1985

JOHN NANN *v.* MARIA ELENA PIGNATELLI, EXECUTRIX (ESTATE OF CONSTANCE WILCOX PIGNATELLI)

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 74, is denied.

*Robert K. Walsh,* in support of the petition.

Decided May 3, 1985

IN RE JUVENILE APPEAL (85-4)

The mother's petition for certification for appeal from the Appellate Court, 3 Conn. App. 507, is denied.

*Barry J. Ward,* in support of the petition.

*Judith M. Earl,* assistant attorney general, and *Joseph I. Lieberman,* attorney general, in opposition.

Decided May 22, 1985

SHELBY MUTUAL INSURANCE COMPANY *v.* DENNIS DELLA GHELFA ET AL.

The defendant Zbigniew S. Rozbicki's petition for certification for appeal from the Appellate Court, 3 Conn. App. 432, is granted.

*Wesley W. Horton,* in support of the petition.

*Marc N. Needelman,* in opposition.

Decided May 22, 1985